RECEIVED

MAY 27 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PETROLEUM HELICOPTERS, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 13-CV-00015 |
| APICAL INDUSTRIES, INC. OFFSHORE HELICOPTER SUPPORT SERVICES, INC., AND ROLLS-ROYCE CORPORATION | * | JUDGE REBECCA F. DOHERTY<br>MAG. JUDGE PATRICK J. HANNA |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SEVERANCE ORDER

In accord with the Fifth Circuit's Mandate, issued following the United States Court of Appeals for the Fifth Circuit's decision in *In re Rolls-Royce Corporation*, 775 F.3d 671 (5th Cir. 2014), *rehearing and reh'g en banc denied*, directing this Court to sever and transfer Petroleum Helicopters, Inc.'s claims against Rolls-Royce Corporation; and following the Fifth Circuit's denial of Petroleum Helicopters, Inc.'s Motion to Stay on March 16, 2015; and following Supreme Court Justice Antonin Scalia's April 23, 2015, denial of Petroleum Helicopters, Inc.'s Motion to Stay filed in the United States Supreme Court;

It is hereby Ordered that the claims Petroleum Helicopters, Inc., asserts against Rolls-Royce Corporation in the above-captioned action are hereby severed assigned cause number 6:15CV1767 of this Court and entitled *Petroleum Helicopters, Inc. v. Rolls-Royce Corporation*. By separate Order, that action will be transferred to the United States District Court for the Southern District of Indiana, Indianapolis Division, in accord with the Fifth Circuit's Mandate.

Ordered and signed this 27TH day of May 2015, at Lafayette, Louisiana.

_____
JUDGE REBECCA F. DOHERTY