RECEIVED

MAY 2 7 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PETROLEUM HELICOPTERS, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 6:15CV1767 |
| ROLLS-ROYCE CORPORATION | * | JUDGE REBECCA F. DOHERTY |
| | * | MAG. JUDGE PATRICK J. HANNA |

**TRANSFER ORDER**

In accord with the Fifth Circuit's Mandate, issued after the Court of Appeals' decision in *In re Rolls-Royce Corporation*, 775 F.3d 671 (5th Cir. 2014), *rehearing and reh'g en banc denied*, directing this Court to sever and transfer Petroleum Helicopters, Inc.'s claims against Rolls-Royce Corporation asserted in *Petroleum Helicopters, Inc. v. Apical Industries, Inc., et al.*, civil action number 13-CV-00015; and following the Fifth Circuit's denial of Petroleum Helicopters, Inc.'s Motion to Stay on March 16, 2015; and following Supreme Court Justice Antonin Scalia's April 23, 2015, denial of Petroleum Helicopters, Inc.'s Motion to Stay filed in the United States Supreme Court; and

In accordance with this Court's prior and separate Order, which severed the claims asserted by Petroleum Helicopters, Inc., against Rolls-Royce Corporation in *Petroleum Helicopters, Inc. v. Apical Industries, Inc., et al.*, civil action number 13-CV-00015, and assigned those claims to this above-numbered cause of action; and

In further accord with the United States Court of Appeals for the Fifth Circuit's Mandate in *In re Rolls-Royce Corporation*, 775 F.3d 671;

It is Ordered that the above-captioned action is **TRANFERRED** to the United States District Court for the Southern District of Indiana, Indianapolis Division. Each party is to bear its own taxable costs, attorneys' fees, and expenses incurred herein to date.

Ordered and signed this 27th day of May 2015, at Lafayette, Louisiana.

JUDGE REBECCA F. DOHERTY